[No. 66673-8-I.   Division One.   June 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DARREN DELRIDGE WOODLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-11134-4, Sharon S. Armstrong, J., entered February 3, 2011. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Spearman, A.C.J., and Appelwick, J.

[No. 66679-7-I.   Division One.   June 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW BRIAN CASTRO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-02513-4, Michael Heavey, J., entered January 12, 2011. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Ellington and Appelwick, JJ.

[No. 66726-2-I.   Division One.   June 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ABDI HUSSEIN HILOW, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-03164-9, Mary Yu, J., entered February 18, 2011. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach, C.J., and Becker, J.

[No. 66728-9-I.   Division One.   June 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. VENITA RESHMA CHANDRA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-04288-8, Richard D. Eadie, J., entered January 21, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, C.J., and Cox, J.